■ In the Matter of the Arbitration between ONTEORA CENTRAL SCHOOL DISTRICT AT BOICEVILLE, Appellant, and ONTEORA NON-TEACHING EMPLOYEES ASSOCIATION, Respondent. — Appeal from a judgment of the Supreme Court at Special Term, entered June 20, 1980 in Ulster County, which denied petitioner's application, in a proceeding pursuant to CPLR article 75, to vacate an arbitrator's award and which confirmed the award. Judgment reversed, on the law, with costs and application to vacate award granted (see *Matter of Onteora Cent. School Dist. at Boiceville [Onteora Non-Teaching Employees Assn.]*, 79 AD2d 415). Sweeney, J.P., Main, Casey, Mikoll and Herlihy, JJ., concur.